IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BRIAN DEAN HEDLIN,

    Petitioner,

  v.

GREG LEWIS,

    Respondent.
_____/

No. C 12-03560 RS

**ORDER GRANTING PERMISSION TO FILE SUPPLEMENTAL PLEADING**

    Petitioner Hedlin moves for permission to file a supplemental pleading pursuant to Rule 15(d) of the Federal Rules of Civil Procedure. Because the California Supreme Court has issued an order denying Claim D in paragraph V of the petition, regarding to the jury instruction for aiding and abetting, that claim has been exhausted. Accordingly, petitioner may amend his pleadings to reflect that the claim is not longer subject to stay and abeyance. Petitioner's counsel shall serve a copy of the amended pleadings and all attachments thereto on respondent and respondent's counsel.

    IT IS SO ORDERED.

Dated: 1/14/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. 12-CV-03560 RS
ORDER